# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 06-mj-01201 |
| LEONARD SOMERS | Bradford Allin (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC § 3 and 36 CFR § 4.23(a)(2) | DRIVING UNDER THE INFLUENCE | 8/26/06 | 1 |

Defendant will perform 20 hours of community service and as level I alcohol class.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

9/8/06
Date of Imposition of Judgment

*Michael E. Hegarty*
Signature of Judicial Officer

Michael E. Hegarty
United States Magistrate Judge
Name & Title of Judicial Officer

9/12/2006
Date

DEFENDANT: LEONARD SOMERS
CASE NUMBER: 06-mj-01201

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 2 days, with credit for time served 2 days. No further jail time.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: LEONARD SOMERS
CASE NUMBER: 06-mj-01201

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $0.00 | $100.00 | $0.00 |
| **TOTALS** | $0.00 | $100.00 | $0.00 |

DEFENDANT: LEONARD SOMERS
CASE NUMBER: 06-mj-01201

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Defendant will pay fine in full by 10/31/06

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest